IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 22-CV-00888-SPM |
| **ONE 2021 RAM TRX TRUCK, BEARING VIN: 1C6SRFU92MN906175, WITH ALL ACCESSORIES, ATTACHMENTS, AND COMPONENTS THEREON,** | |
| **Defendant.** | |

## **JUDGMENT AND DECREE FOR FORFEITURE**

Pending before the Court is the Motion for Judgement of Forfeiture filed by the United States of America (Doc. 19). On May 1, 2022, Plaintiff United States of America filed a Verified Complaint for Forfeiture against Defendant, described as a 2021 Ram TRX truck, bearing VIN: 1C6SRFU92MN906175, with all accessories, attachments, and components thereon (Doc. 1). The Complaint alleges that the vehicle constitutes a conveyance which was used or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance used to facilitate a violation of 21 U.S.C. § 881(a)(6) and is thus subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4).

After process was fully issued and returned according to law, a warrant of arrest was issued by the Clerk of Court, and the United States Marshals Service seized the property on October 18, 2022 (Doc. 15). Notice of this action was also

published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning May 5, 2022 (Doc. 16); *see* FORFEITURE.GOV, U.S. DEP'T OF JUST., www.forfeiture.gov [https://perma.cc/WQ8V-F7A5] (last visited May 28, 2024). On May 28, 2025, the Clerk of Court entered default as to Donald Perkins and all interested parties, except Ally Financial (Doc. 18).

On June 15, 2022, Ally Financial filed a Claim (Doc. 11). A Stipulated Order of Forfeiture was entered on October 14, 2022, ordering the United States Marshal to sell the vehicle and pay the claim of Ally Financial. (Doc. 14).

After the sale of the defendant vehicle, the claim payment to Ally Financial, and the deduction of expenses, the United States retained an overage of $26,191.78 in United States funds as a substitute *res*.

Pursuant to Federal Rule of Civil Procedure 55(b), default judgment is hereby entered against all interested parties, except Ally Financial, and in favor of Plaintiff United States of America, and the substitute *res,* described as $26,191.78 in United States funds, is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshal.

**IT IS SO ORDERED.**

**DATED:  May 28, 2025**

**s/ *Stephen P. McGlynn*** 
**STEPHEN P. McGLYNN** 
**U.S. District Judge**
